# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

MAR 14 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

| | | |
|---|---|---|
| United States of America<br>vs.<br>Sinharib Thomas | )<br>)<br>)<br>)<br>) | Case No.<br>06-0419 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Sinharib Thomas_____, have discussed with _____JACOB M. SCOTT_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

That the following condition be vacated: Participate in the following home confinement program components and abide by all the requirements of the program, which (X) will or ( ) will not include electronic monitoring. **CURFEW:** You are restricted to your residence everyday from 8:00p.m. to 8:00 a.m. or as directed by the Pretrial Services office or supervising officer. All other conditions remain not conflict remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Sinharib Thomas_    3-13-07            _Jacob M Scott_    3/13/07
Signature of Defendant   Date            Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    3/14/07
Signature of Assistant United States Attorney                Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    2/20/07
Signature of Defense Counsel                    Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on    3/14/07   .
[ ] The above modification of conditions of release is *not* ordered.

_____                    3/14/07
Signature of Judicial Officer                    Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services