UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION



FILED
AUG 17 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

The United States,

-vs-

**Sinharib Thomas**           Docket No. 06-CR-0419 LJO

**COMES NOW** Lydia J. Serrano, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Sinharib Thomas, who was placed on bond by the Honorable Lawrence J. O'Neill, sitting in the Court at Fresno, on the 8th day of December, 2006, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Conspiracy to Manufacture, Distribute, and Possess with the Intent to Distribute Marijuana.

**BOND CONDITIONS: Please see attached**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 2, 2007, the defendant failed to appear for substance abuse counseling, in violation of the condition that the defendant participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer;

**PRAYING THAT THE COURT WILL ORDER** this matter be placed on the court's calendar on August 28, 2007, at 1:30 pm, and that the Pretrial Services Officer contact the defendant and/or attorney of record to advise them of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services.

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2007.

Respectfully submitted,

LYDIA J. SERRANO
Pretrial Services Officer

_____ **ORDER** _____

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of _____.

__X__ The Court hereby orders this matter placed on this court's calendar on _August 28th, 2007_, at _1:30_ am/(pm) and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____ The Court orders no action be taken.

Considered and ordered this _17_ day of _Aug_, 20_07_ and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

rev. 1/93

**THOMAS, Sinharib**
**Docket No. 06-CR-0419 LJO**

### Additional Conditions of Release

1. You are released on a $15,000 cash bond signed by Tanya and Robert Brown;

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

4. You are released to the third party custody of Tanya Brown;

5. You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

6. Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the Pretrial Services Officer;

7. You shall refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. *However, medical marijuana, prescribed or not, may not be used;*

8. You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer;

9. You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;

10. You shall not associate or have any contact with Sandro Jimenez, Eduardo Jimenez, Brenda Barronn, Sharokena Khorshaba, Armando Revuelta, Christopher Pitts, Jason Limon, Jose, and Moreno Sanchez unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer;

11. You shall participate in the following home confinement program components and abide by all the requirements of the program, which will or include electronic monitoring. **CURFEW:** You are restricted to your residence everyday from 8 pm to 8 am.