JOAN JACOBS LEVIE, #179787
LAW OFFICES OF JOAN JACOBS LEVIE
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE: (559) 498-8165

Attorney for Defendant, SINHARIB THOMAS

FILED
OCT 17 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SINHARIB THOMAS, et al.,

Defendant.

CASE NO. CR-F- 06-0419 LJO

MOTION FOR EXONERATION OF CASH BOND; DECLARATION OF SINHARIB THOMAS; ORDER

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Defendant, SINHARIB THOMAS, by and through his counsel of record, Joan Jacobs Levie, hereby moves this court for an order exonerating the $15,000.00 cash bond posted in the above-captioned case.

    On December 6, 2006, defendant, SINHARIB THOMAS, initially appeared in this matter. On December 8, 2006, the magistrate court ordered Mr. Thomas released from custody under conditions of pretrial services supervision and upon procurement of a cash bond of $15,000.00 payable to the court.

    On or about December 11, 2006, Mr. Thomas personally provided a cash bond to the Clerk's Office in the amount of $15,000.00.

-1-

On August 8, 2007, the defendant admitted to a violation of pre-trial release and was ordered back to jail. He now requests that the court exonerate the cash bond previously set by the magistrate court. Defense counsel met and conferred with Assistant U.S. Attorney Kimberly Sanchez who does not oppose this motion.

Because Mr. Thomas is in custody, he is unable to personally receive the cash bond refund. He requests that the check be made payable to him, and sent to the undersigned attorney for appropriate handling. See attached declaration.

DATED:    September 25, 2007            Respectfully submitted,

                                        /Joan Jacobs Levie
                                        JOAN JACOBS LEVIE
                                        Attorney for Defendant
                                        SINHARIB THOMAS

## DECLARATION OF SINHARIB THOMAS

I, Sinharib Thomas, declare as follows:

1. I am the defendant named in the above-entitled action.

2. It is my request that the reimbursement of the $15,000.00 cash bond that I personally brought to the court for my pretrial release be mailed to my lawyer, Joan Jacobs Levie, at 2014 Tulare Street, Suite 528, Fresno, California 93721.

3. I am currently incarcerated in the Fresno County Jail pending the trial on my case and am unable to personally dispose of the money by depositing it in an account. My attorney is the appropriate person to have me endorse the check and turn it over to my family.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States.

DATED: 9-25-07                          Sinharib Thomas
                                        SINHARIB THOMAS

-2-

## ORDER

IT IS HEREBY ORDERED that the $15,000.00 cash bond in the above-captioned case be exonerated and reconveyed to Sinharib Thomas in care of attorney Joan Jacobs Levie 2014 Tulare Street, Suite 528, Fresno, California 93721.

Dated: Oct 17, 2007    By _____
                            LAWRENCE J. O'NEILL
                            Judge of the United States District Court

-3-